No. 8,394. STATE ex Rel. W. J. MITCHELL, Relator, *v.* DISTRICT COURT et al., Respondents.

Decided November 21, 1942.

PER CURIAM.—The petition for a writ herein is denied.

*Mr. Arlie M. Foor and Mr. George E. Hurd,* for Relator.